# EXHIBIT B

**U.S. Department of Justice**

Civil Rights Division
NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
5055 4859

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson, EMP, PHB, Room 4239*
*Washington, DC 20530*

September 29, 2009

Ms. Susan M. Salvo
c/o John J. Hoke, Esquire
Law Offices of Towne, Bartkowski, et al.
Attorneys & Counselors at Law
P.O. Box 15072
Albany, NY  12212

Re: EEOC Charge Against Schenectady City School District
    No. 525200900690

Dear Ms. Salvo:

   Because you filed the above charge with the Equal Employment Opportunity Commission, and the Commission has determined that it will not be able to investigate and conciliate that charge within 180 days of the date the Commission assumed jurisdiction over the charge and the Department has determined that it will not file any lawsuit(s) based thereon within that time, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action against the above-named respondent under:
   Title I of the Americans with Disabilities Act of 1990,
   42 U.S.C. 12111, et seq., and,
   Title V, Section 503 of the Act, 42 U.S.C. 12203.

   If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

   The investigative file pertaining to your case is located in the EEOC Buffalo Local Office, Buffalo, NY.

   This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                                       Sincerely,

                                       Loretta King
                                       Acting Assistant Attorney General
                                          Civil Rights Division

                                by     Karen J. Ferguson
                                       Karen L. Ferguson
                                       Supervisory Civil Rights Analyst
                                       Employment Litigation Section

cc: Buffalo Local Office, EEOC
    Schenectady City School District